Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIPYARD COMMERCE CENTER LLC, an Oregon limited liability company, and VIGOR MARINE LLC, an Oregon limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>PERFORMANCE ABATEMENT SERVICES INC., a Kansas corporation, and PERFORMANCE CONTRACTING INC., a Kansas Corporation.<br><br>Defendants. | Case No. 2:22-cv-00577-RAJ<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REMAND |

The following Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

1. Defendants' unopposed motion to remand, docket no.10, is GRANTED. The Court does not have original jurisdiction over the underlying action as plaintiffs could not have filed their complaint in federal court. *See* 28 U.S.C. § 1332. Because both Vigor Industrial, LLC (the sole

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO REMAND - 1

TYSON & MENDES, LLP
701 Fifth Ave., Suite 4200
Seattle, WA 98104
TEL: (206) 420-4267
FAX: (206) 420-4375

member for plaintiffs) and defendant Performance Abatement Services, Inc. are citizens of Delaware, the parties are not diverse. (Docket no. 10). Without diversity of citizenship, the Court lacks jurisdiction over the underlying action.

2. This matter is REMANDED to the King County Superior Court, effective fourteen (14) days from the date of this Order.

3. The Court declines to award any attorney fees or costs incurred as a result of the removal of this action.

4. The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 19th day of May, 2022.

*Richard A. Jones*
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO REMAND - 2

TYSON & MENDES, LLP
701 Fifth Ave., Suite 4200
Seattle, WA  98104
TEL: (206) 420-4267
FAX: (206) 420-4375